IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INMATES OF THE NORTHUMBERLAND COUNTY PRISON, Scott Collins, et al., | |
| *Plaintiffs* | Civil Action No. 4:08-cv-00345 |
| v. | Judge John E. Jones, III |
| | Complaint Filed 02/25/08 |
| RALPH REISH, in his official capacity as Warden of Northumberland County Prison, et al., | *electronically filed* |
| *Defendants.* | |

## PLAINTIFFS' EXHIBIT LIST FOR SUMMARY JUDGMENT RESPONSE BRIEF

Exhibit #     Description

1. Prime Care contract with attachments
2. Judge Sacavage's Treatment Court Proposal
3. Complaint

4   Answer

5   Defendants' brief in opposition to plaintiffs' renewed motion for class certification

6   Excerpts from Dr. Hynick's Deposition transcript

7   Excerpts from Ann Yeager's Deposition transcript

8   Excerpts from Ralph Reish's November 2009 Deposition transcript

9   Summary of inmate confinements of 6 months or longer

10  Excerpts from National Institution of Corrections Report

11  Dr. Hynick's contract with County

12  Dr. Hynick memorandum

13  Summary of visits to prison by Dr. Hynick

14  LPN job description

15  Excerpts from Lt. Bruce's Deposition transcript

16  Excerpts from John Conrad's Deposition transcript

17  Defendants' Answers to Interrogatories

18  Summary of Prison Board Meeting Minutes

19  Summary of medical records

20  Dr. Cohen Medical Expert report

21  Excerpts from C/O Olvany's Deposition transcript

22  Sprout Declaration

23  Krakoff Declaration

24  Tobin Declaration

25  Letter from Attorney Hanna dated August 11, 2008

26 Correspondence between Attys. Hanna and Tobin August 2008

27 2006 DOC Inspection report

28 Excerpts from Sonya Wyland Deposition transcript

29 Nahodil Declaration

30 C. Smith declaration

31 H. Smith declaration

32 2007 DOC Inspection report

33 2008 DOC Inspection report

34 2009 DOC Inspection report

35 Excerpts from Warden Johnson Deposition transcript

36 Summary of Right Wing Cell 3 placements

37 Dr. Maue's contract with the county

38 Dr. Maue's redacted invoices

40. Sprout declaration regarding Dr. Maue's visits to the prison

41. Mental Health agreement with counselor

42. M. Health counselor contract

43 Excerpts from Kelcie Williams Deposition transcript

44 Excerpts from Michael Wetzel Deposition transcript

45 Haley declaration

46 Anderson declaration

47 Mutschler declaration

48 Quinones declaration

49 Excerpts from Frank Sawicki Deposition transcript

50 Excerpts from Marijo Christiano Deposition transcript

51 Dr. Patterson Mental Health Expert Report

52  2010 DOC inspection Report

53 Dr. Shulman Dental Expert report

54 Excerpts from Sgt. Brouse Deposition transcript

55 Photos of Prison

56 Excerpts from Scott Collins Deposition transcript

57 Excerpts from Hasson Lindsey Deposition transcript

58 Excerpts from Joseph Bowers Deposition transcript

59 Beaver declaration

60 Foss declaration

61 Excerpts from Roman Brady Deposition Transcript

62 Summary of high population counts during 2009

63 Excerpts from Lt. Wheary Deposition Transcript

64 Fire Safety Expert report

65 Summary of lighters found/inmates smoking in housing units, etc.

66 Krakoff declaration re staffing on night shift

67 Beachel declaration

68 Summary of basement cell confinements

69 Summary of largest number of inmates simultaneously confined in basement cells

70 Steve Martin Corrections Expert report

71 Elisabeth Owen declaration re: psychotropic medications

72 Summary of long disciplinary segregation sentences

73 Excerpts from C/O Putterman Deposition Transcript

74 Excerpts from Lt. Smink Deposition transcript

75 Use of Force and Restraint policy—January 2009 (former dep. ex. 85)

76 Excerpts from C/O DaCosta Deposition transcript

77 Summary of Long Bunk Restriction Sentences

78 Excerpts from Don Keeley Deposition transcript